# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY EASTERWOOD**, | Case No. 1:19-cv-00350-AWI-SKO |
| Plaintiff, | **ORDER GRANTING THE PARTIES' STIPULATED REQUEST** |
| vs. | **ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE FOR LIMITED PURPOSE OF CERTAIN DEPOSITIONS** |
| **FAMILY DOLLAR, INC.**, | |
| Defendant. | (Doc. 15) |

## ORDER

The Court entered a scheduling order in this case on June 12, 2019, (Doc. 11), setting the non-expert discovery deadline for December 20, 2019, the dispositive motions filing deadline for March 9, 2020, and a trial date of August 11, 2020. A settlement conference is set for January 28, 2020, before the undersigned. (Doc. 13.)

On December 18, 2019, the parties filed a stipulation, (Doc. 15), requesting that the Court extend the non-expert discovery deadline to January 20, 2020, for the limited purpose of taking the deposition of two percipient witnesses: Defendant's person most knowledgeable ("PMK") and one of Plaintiff's medical providers, Bruce Fishman, M.D. (*Id.* at 2.) The parties represent that the depositions were originally scheduled for December 18, 2019, but that scheduling conflicts caused the depositions to be rescheduled for January 2020. (*See id.*) The parties state that the depositions will be completed by January 20, 2020, and will assist the parties in preparing for the January 28,

2020 settlement conference. (*See id.*)

Based upon the parties' representations, and because the proposed extension will not affect any other deadlines in the scheduling order, the Court finds good cause under Rule 16(b)(4) to extend the non-expert discovery deadline for the limited purpose of the deposition of two percipient witnesses.

Accordingly, IT IS ORDERED:

1. The non-expert discovery deadline is EXTENDED to January 20, 2020, for the limited purpose of conducting the depositions of: (a) Defendant Family Dollar Inc.'s PMK and (b) Bruce Fishman, M.D.

2. All other dates and deadlines in the scheduling order, (Doc. 11), shall remain unchanged.

IT IS SO ORDERED.

Dated: __**December 19, 2019**__            /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE