THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY EASTERWOOD,<br><br>Plaintiff(s),<br><br>v.<br><br>FAMILY DOLLAR, INC., and DOES 1 TO 50<br><br>Defendant(s). | Case No.: 1:19-CV-00350-AWI-SKO<br>*Assigned to the Hon. Anthony W. Ishii, Courtroom 2*<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE AND ALL PRE-SETTLEMENT CONFERENCE DATES**<br><br>**(Doc. 21)** |

Pursuant to the parties' Stipulation (Doc. 21) and good cause appearing, it is hereby ORDERED as follows:

1. The Settlement Conference before Magistrate Judge Sheila K. Oberto shall is **CONTINUED to May 12, 2020, at 10:00 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California, 93721**.

2. All pre-Settlement Conference dates, including the date for written demand, written offer, Confidential Settlement Conference Statements and Pre-Settlement Telephonic Conference are CONTINUED to correspond with the new Settlement Conference Date, as follows:

   a. At least 28 days prior to the Settlement Conference, Plaintiff's counsel shall submit a written itemization of damages and settlement demand to each defense counsel with a brief summary of the legal and factual basis supporting the

**ORDER CONTINUING SETTLEMENT CONFERENCE AND ALL PRE-SETTLEMENT CONFERENCE DATES**
Case No. 1:19-CV-00350-AWI-SKO

demand.

  b. No later than 21 days prior to the Settlement Conference, each defense counsel shall submit a written offer to Plaintiff's counsel with a brief summary of the legal and factual basis supporting the offer.

  c. The parties are to send Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than 14 days before the conference. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.

 3. The Pre-Settlement Telephonic Conference is **CONTINUED to May 5, 2020, at 3:00 p.m**.

 4. All other provisions and requirements specified in the Order re Settlement Conference dated and filed October 16, 2019 (Doc. 14) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **January 10, 2020**      /s/ *Sheila K. Oberto*
                  UNITED STATES MAGISTRATE JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221