THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY EASTERWOOD,<br><br>Plaintiff(s),<br><br>v.<br><br>FAMILY DOLLAR, INC., and DOES 1 TO 50<br><br>Defendant(s). | Case No.: 1:19-CV-00350-AWI-SKO<br>*Assigned to the Hon. Anthony W. Ishii, Courtroom 2*<br><br>**ORDER EXTENDING DEADLINE FOR EXPERT DISCOVERY**<br><br>**(Doc. 23)** |

Pursuant to the parties' Stipulation (Doc. 23) and good cause appearing, it is hereby ORDERED that the deadline to complete all expert discovery is hereby EXTENDED to March 16, 2020. All other case deadlines (*see* Docs. 11 & 22) remain unchanged.

IT IS SO ORDERED.

Dated: **January 27, 2020**        /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE